UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB65,<br><br>Plaintiff,<br><br>v.<br><br>Kunba, LLC, Robert Khomari, The New York City Department of Housing Preservation and Development, County Oil Company, Inc. and John Doe No. I through John Doe No. XXX, inclusive, the last thirty names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,<br><br>Defendants. | Case No. |

## FED. R. CIV. P § 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and General Order No. 157, Plaintiff states that it is a trust that has elected to be treated as a real estate mortgage investment conduit ("REMIC") under the Internal Revenue Code of 1986 and that its trustee, Wilmington Trust N.A., is a national banking association organized under federal law. Wilmington Trust N.A. is the real party-in-interest. A national banking association is a citizen of the state where the bank has its main office. *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006). The main office of Wilmington Trust N.A. is in Wilmington, Delaware, and Plaintiff is a citizen of Delaware for purposes of federal diversity jurisdiction. Wilmington Trust N.A. is a wholly owned subsidiary of M&T Bank. M&T Bank is a publicly traded bank holding company.

|  |  |
|---|---|
| Dated: New York, New York<br>February 27, 2025 | Respectfully Submitted,<br><br>POLSINELLI PC<br><br>By: */s/ Carter J. Wallace*<br>CARTER J. WALLACE<br>600 Third Avenue, 42nd Floor<br>New York, New York 10016<br>(212) 803-9914<br>cwallace@polsinelli.com<br><br>ATTORNEYS FOR PLAINTIFF |