UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WILMINGTON TRUST, NATIONAL            :   25cv1696(DLC)
ASSOCIATION,                          :
                                      :         ORDER
                           Plaintiff, :
              -v-                     :
                                      :
KUNBA, LLC, et al.,                   :
                                      :
                          Defendants. :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

The complaint in this action was filed on February 27, 2025, and named as defendants Kunba, LLC, Robert Khomari, the New York City Department of Housing Preservation and Development ("DHPD"), County Oil Company, Inc., and John Does 1 through 30. An Order of March 4 scheduled an initial pretrial conference for May 1.

On March 18, the plaintiff filed affidavits reflecting service on defendants Kunba, LLC, County Oil Company, Inc., and DHPD. Those affidavits indicated that Kunba, LLC and County Oil Company, Inc. had been served through the Office of the Secretary of State of New York on March 11. Nothing on the docket reflects service on Robert Khomari. DHPD filed an answer on March 26, but no other defendant has responded to the complaint or otherwise appeared. On April 4, the Clerk of Court issued certificates of default as to Kunba, LLC and County Oil Company, Inc. Accordingly, it is hereby

ORDERED that the plaintiff shall by **April 11, 2025** file a letter of no longer than two (2) pages describing its efforts to serve defendants Kunba, LLC, County Oil Company, Inc., and Robert Khomari and its basis to believe that service on the Secretary of State of New York is effective service on Kunba, LLC and County Oil Company, Inc.

Dated:   New York, New York
         April 4, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge