```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   25cv1696(DLC)
WILMINGTON TRUST, NATIONAL            :
ASSOCIATION,                          :   ORDER
                                      :
                        Plaintiff,    :
            -v-                       :
                                      :
KUNBA, LLC, et al.,                   :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter of April 11, 2025, describing its efforts to serve defendants Kunba, LLC, County Oil Company, Inc. ("County Oil"), and Robert Khomari, it is hereby

ORDERED that the plaintiff shall by **May 16, 2025** file a motion for default judgment as to defendants Kunba, LLC, County Oil, and Khomari.  Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall by **May 21, 2025** serve this Order and the motion for default judgment papers on the defendants and file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **June 6, 2025** at **2:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of defaulting defendants to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the initial pretrial conference

scheduled for May 1, 2025 is adjourned <u>sine die</u>.

Dated:   New York, New York
         April 11, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge