**EXHIBIT E - Assignments to Federal Home Loan Mortgage Corporation**

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019021900976008001EB0F4 |

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 6

**Document ID:** 2019021900976008   **Document Date:** 02-07-2019   **Preparation Date:** 02-20-2019
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 4

| PRESENTER: | RETURN TO: |
|---|---|
| MADISON ABSTRACT, INC. ( BX 18 19597 )<br>670 WHITE PLAINS ROAD, SUITE 121<br>AS AGENT TO FIRST AMERICAN TITLE INSURANCE COMPANY<br>SCARSDALE, NY 10583<br>914-725-7200 | MADISON ABSTRACT, INC. ( BX 18 19597 )<br>670 WHITE PLAINS ROAD, SUITE 121<br>AS AGENT TO FIRST AMERICAN TITLE INSURANCE COMPANY<br>SCARSDALE, NY 10583<br>914-725-7200 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 2383 | 18 | Entire Lot | 430 EAST 162 STREET |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA

**Document ID:** 2019021900976002
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| CPC MORTGAGE COMPANY LLC<br>C/O THE COMMUNITY PRESERVATION CORPORATION, 28 EAST 28TH STREET, 9TH FLOOR<br>NEW YORK, NY 10016 | FEDERAL HOME LOAN MORTGAGE CORPORATION<br>8200 JONES BRANCH DRIVE<br>MCLEAN, VA 22102 |

### FEES AND TAXES

| Mortgage : | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 60.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    02-25-2019 16:25
City Register File No.(CRFN):
**2019000063498**

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2019021900976008001CB274 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**     **PAGE 2 OF 6**

**Document ID:** 2019021900976008     Document Date: 02-07-2019     Preparation Date: 02-20-2019
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
**Document ID:** 2019021900976006
**Document ID:** 2019021900976007

Record & Return To:
Madison Abstract Inc.
670 White Plains Road, Suite 121
Scarsdale, NY 10583
Title No. BX18 19597

County: Bronx
Block: 2383
Lot: 18

Prepared by, and after recording
return to:

**Abruzzo & Kinn LLP**
**170 Old Country Road, Suite 315**
**Mineola, New York 11501-4312**
**Attention: Nadia A. Popatia, Esq.**

Freddie Mac Loan Number: **501841342**
Property Name: **430 East 162nd Street**

## ASSIGNMENT OF CONSOLIDATED SECURITY INSTRUMENTS

### (Revised 3-1-2014)

FOR VALUABLE CONSIDERATION, **CPC MORTGAGE COMPANY LLC**, a limited liability company organized and existing under the laws of New York (**"Assignor"**), having its principal place of business at c/o The Community Preservation Corporation, 28 East 28th Street, 9th Floor, New York, New York 10016-7943, hereby assigns, grants, sells and transfers to the **FEDERAL HOME LOAN MORTGAGE CORPORATION**, a corporation organized and existing under the laws of the United States (**"Assignee"**), having its principal place of business at 8200 Jones Branch Drive, McLean, Virginia 22102, and Assignee's successors, transferees and assigns forever, all of the right, title and interest of Assignor in and to the following documents:

(1)   Consolidation, Extension and Modification Agreement (**"Consolidation Agreement"**) dated as of **February 7, 2019**, entered into by **KUNBA LLC**, a limited liability company organized and existing under the laws of New York (**"Borrower"**), and Assignor to consolidate (a) Borrower's indebtedness to Assignor in the principal amount of **$1,750,000.00**, which indebtedness is secured by the property described in Exhibit A to this Assignment and incorporated into it by this reference; and (b) the security for such indebtedness, as evidenced by the mortgages listed on Exhibit B to this Assignment, which Consolidation Agreement is recorded, or intended to be recorded, in the Office of the Register of the City of **New York**, Borough and County of the **Bronx**, State of **New York**.

(2)   Each mortgage listed on the attached Exhibit B.

Together with the Note or other obligation described in the Consolidation Agreement and all obligations secured by the mortgages listed on the attached Exhibit B now or in the future.

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]**

{215/181/01244885}
**Assignment of Consolidated Security Instruments**

IN WITNESS WHEREOF, Assignor has executed this Assignment as of **February 7, 2019**.

          **ASSIGNOR:**

          **CPC MORTGAGE COMPANY LLC**, a New York limited liability company

          By: _____
          Name: Carolyn Au
          Title: Senior Vice President

STATE OF NEW YORK    )
                               )ss.:
COUNTY OF NEW YORK  )

On the 7th day of **February**, in the year **2019**, before me, the undersigned personally appeared **CAROLYN AU**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
**NOTARY PUBLIC**


PATRICIA FADEL
Notary Public, State of New York
No. 01FA6328703
Qualified in Richmond County
Commission Expires August 03, 2019



{215/181/01244885}
**Assignment of Consolidated Security Instruments**          Page S-1

# EXHIBIT A

## DESCRIPTION OF THE PROPERTY

**ALL** that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Bronx, City and State of New York, bounded and described as follows:

**BEGINNING** at a point on the southerly side of 162nd Street, distant 264.45 feet westerly at the corner formed by the intersection of the southerly side of 162nd Street with the westerly side of Elton Avenue;

**RUNNING THENCE** southerly at right angles to said southerly side of 162nd Street, 100 feet;

**THENCE** westerly parallel with the southerly side of 162nd Street, 25 feet;

**THENCE** northerly and again at right angles to the southerly side of 162nd Street and part of the distance through a party wall, 100 feet to the southerly side of 162nd Street;

**THENCE** easterly to said southerly side of 162nd Street, 25 feet to the point or place of **BEGINNING**.

**SAID** premises being known as 430 East 162nd Street, Bronx, New York.

**EXHIBIT B**

LIST OF MORTGAGES ASSIGNED

A.  Substitute Mortgage A in the original principal amount of $1,075,000.00 made by Kunba LLC to Signature Bank, dated as of February 7, 2019 and to be recorded in the Office of the Register of the City of New York, Borough and County of the Bronx, State of New York; DOCUMENT I.D. 2019021900976002

Which above mortgage A was assigned in the principal amount of $1,075,000.00 by Assignment of Mortgage made by Signature Bank to CPC Mortgage Company LLC, executed February 7, 2019, dated and effective as of February 7, 2019 and to be recorded in the Office of said Register; and

B.  Gap Multifamily Mortgage, Assignment of Rents and Security Agreement in the original principal amount of $675,000.00 made by Kunba LLC to CPC Mortgage Company LLC, dated as of February 7, 2019 and to be recorded in the Office of said Register. DOCUMENT I.D. 2019021900976006  TAX PAID #18,900.00

PRIOR HISTORY OF MORTGAGES
FOR INFORMATION ONLY:

A.  First Mortgage, Spreader and Security Agreement in the original principal amount of $2,700,000.00 made by Double Salt LLC, 3rd Avenue Heights LLC and Kunba LLC to Signature Bank, dated as of November 15, 2013 and recorded January 6, 2014 as CRFN 2014000004114 in the Office of the Register of the City of New York, Borough and County of the Bronx, State of New York;

Which above mortgage A was severed and split by that certain Note and Mortgage Severance and Splitter Agreement made by and between Double Salt LLC, 3rd Avenue Heights LLC, Kunba LLC and Signature Bank, dated as of February 7, 2019 and to be recorded in the Office of said Register ("Agreement"); said Agreement severed and split the above mortgage into two separate and distinct liens in the amounts of:

(a) $1,075,000.00, encumbering the property known as 430 East 162nd Street, Bronx, New York, Block 2383 Lot 18 (Parcel I), which is evidenced by Substitute Mortgage A made by Kunba LLC to Signature Bank, dated as of February 7, 2019 and to be recorded in the Office of said Register; and

(b) $1,360,421.90, encumbering the properties known as 501 East 176th Street, Bronx, New York (Block 2924 Lot 1), 1170-1174 Shakespeare Avenue, Bronx, New York (Block 2506 Lot 5), 1285 Shakespeare Avenue, Bronx, New York (Block 2519 Lot 26) (collectively, Parcel II), which is evidenced by Substitute Mortgage B made by Double Salt LLC and 3rd Avenue Heights LLC to Signature Bank, dated as of February 7, 2019 and to be recorded in the Office of said Register.

Consolidates Substitute Mortgage A and Gap Mortgage B to form a single lien of $1,750,000.00, said Consolidation to be Recorded simultaneously in Document I.D. 2019021900976007

{215/181/01244885}
Assignment of Consolidated Security Instruments                                         Page B-1



Omnibus Assignment - SBL (Revised 11-02-2015)

**Freddie Mac Loan Number:** 501841342
**Property Name:** 430 East 162nd Street

| | |
|---|---|
| **Borrower:** | KUNBA LLC, a New York limited liability company |
| **Lender:** | CPC MORTGAGE COMPANY LLC, a New York limited liability company |
| **Effective Date:** | February 7, 2019 |
| **Loan Amount:** | $1,750,000.00 |

Lender assigns and transfers to the Federal Home Loan Mortgage Corporation, a corporation organized and existing under the laws of the United States, all of its right, title, and interest in each document set forth below in the "List of Documents Being Assigned" relating to the loan described above.

**List of Documents Being Assigned**

1. Loan Agreement
2. Guaranty

[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]

IN WITNESS WHEREOF, Assignor has executed this Assignment as of **February 7, 2019**.

**LENDER:**

**CPC MORTGAGE COMPANY LLC**, a New York limited liability company

By: _____
Name: Carolyn Au
Title: Senior Vice President

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019082700959002001E1BAA |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 3 |
|---|---|

**Document ID:** 2019082700959002  **Document Date:** 08-07-2019  **Preparation Date:** 08-27-2019
**Document Type:** UCC3 ASSIGNMENT                                       FIXTURE FILING
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| MCCOY & ORTA, P.C.<br>100 N. BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM | MCCOY & ORTA, PC<br>100 N. BROADWAY, 26TH FLOOR<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 2383 | 18 | Entire Lot | 430 EAST 162 STREET |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA
**CRFN:** 2019000076023

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| KUNBA LLC<br>36 WEST 37TH STREET<br>NEW YORK, NY 10018 | FEDERAL HOME LOAN MORTGAGE CORPORATION<br>8200 JONES BRANCH DRIVE<br>MCLEAN, VA 22102 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 20.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed        08-29-2019 09:33
City Register File No.(CRFN):
**2019000277127**

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2019082700959002001C192A |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**    PAGE 2 OF 3

**Document ID:** 2019082700959002    Document Date: 08-07-2019    Preparation Date: 08-27-2019
Document Type: UCC3 ASSIGNMENT

**PARTIES**
**NEW SECURED PARTY:**
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Nick Barzellone 405-236-0003

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

McCoy & Orta, P.C.
100 North Broadway, 26th Floor
Oklahoma City, OK 73102

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
# 2019000076023 filed 3/7/19

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ✓

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ✓ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address ☐ DELETE name ☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
KUNBA LLC, having an address at 36 West 37th Street, New York, NY 10018

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE*

7c. MAILING ADDRESS: 1100 North Market Street
CITY: Wilmington
STATE: DE
POSTAL CODE: 19890
COUNTRY: USA

7g. ORGANIZATIONAL ID #: ☒ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

* FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB65

Block 2383, Lot 18, Borough of Bronx
Property Address: 430 East 162nd Street, Bronx, NY

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT
9a. ORGANIZATION'S NAME
FEDERAL HOME LOAN MORTGAGE CORPORATION

10. OPTIONAL FILER REFERENCE DATA
M&O Ref.: 7578.124 430 East 162nd Street (Loan No. 501841342) FILE WITH BRONX COUNTY, NY

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)



Omnibus Assignment - SBL (Revised 11-02-2015)

**Freddie Mac Loan Number:** 501841342
**Property Name:** 430 East 162nd Street

| | |
|---|---|
| **Borrower:** | KUNBA LLC, a New York limited liability company |
| **Lender:** | CPC MORTGAGE COMPANY LLC, a New York limited liability company |
| **Effective Date:** | February 7, 2019 |
| **Loan Amount:** | $1,750,000.00 |

Lender assigns and transfers to the Federal Home Loan Mortgage Corporation, a corporation organized and existing under the laws of the United States, all of its right, title, and interest in each document set forth below in the "List of Documents Being Assigned" relating to the loan described above.

**List of Documents Being Assigned**

1. Loan Agreement
2. Guaranty


[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]

IN WITNESS WHEREOF, Assignor has executed this Assignment as of **February** 7, **2019**.

**LENDER:**

**CPC MORTGAGE COMPANY LLC**, a New York limited liability company

By: _____
Name:   Carolyn Au
Title:    Senior Vice President