**EXHIBIT F - Assignments to Lender**

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019082700959001001E1BEE |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 7

**Document ID:** 2019082700959001    **Document Date:** 08-07-2019    **Preparation Date:** 08-27-2019
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 5

| PRESENTER: | RETURN TO: |
|---|---|
| MCCOY & ORTA, P.C.<br>100 N. BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM | MCCOY & ORTA, PC<br>100 N. BROADWAY, 26TH FLOOR<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 2383 | 18 | Entire Lot | 430 EAST 162 STREET |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA

**CRFN:** 2019000063492
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br>8200 JONES BRANCH DRIVE<br>MCLEAN, VA 22102 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 |

### FEES AND TAXES

| Mortgage : | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 65.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    08-29-2019 09:33
City Register File No.(CRFN): **2019000277126**

*City Register Official Signature*

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2019082700959001001C196E |

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**   PAGE 2 OF 7

**Document ID:** 2019082700959001   Document Date: 08-07-2019   Preparation Date: 08-27-2019
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
**CRFN:** 2019000063496
**CRFN:** 2019000063497

This instrument was prepared by and
after recordation return to:

McCoy & Orta, P.C.
100 North Broadway, 26th Floor
Oklahoma City, OK 73102
Telephone: (888) 236-0007

Jurisdiction: Bronx County
State: New York
Loan No.: 501841342
M&O Ref.: 7578.124
Loan Name: 430 East 162nd Street

**Block 2383, Lot 18, Borough of Bronx**
**Property Address: 430 East 162nd Street, Bronx, NY**

**This assignment is not subject to the requirements of Section 275 of the Real Property Law of the State of New York because it is an assignment within the secondary mortgage market.**

ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **FEDERAL HOME LOAN MORTGAGE CORPORATION,** whose address is 8200 Jones Branch Drive, McLean, VA 22102 ("Assignor"), conveys, assigns, transfers, and sets over unto **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB65**, ("Assignee"), whose address is 1100 North Market Street, Wilmington, DE 19890 without recourse, representation or warranty, express or implied, except as set forth in that certain related Mortgage Loan Purchase Agreement, all the right, title and interest of Assignor in and to the Mortgage and other documents, if any, described in Schedule A attached hereto and incorporated herein, together with the note or notes described therein, and all other documents and instruments relating to or securing said Mortgage or note or notes described therein, encumbering, among other things, the premises described in Exhibit A attached hereto and incorporated herein and the improvements thereon.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns forever.

Dated this 7th day of August, 2019, to be effective as of the 23rd day of August, 2019.

> FEDERAL HOME LOAN MORTGAGE CORPORATION,
> a corporation organized and existing under the laws of the United States
>
> By: _____
> Name: Mary Ellen Slavinskas
> Title:  Director
>         Multifamily Operations

STATE OF VIRGINIA       §
                        §
COUNTY OF FAIRFAX       §

On the 7th day of August, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared Mary Ellen Slavinskas, Director, Multifamily Operations, of Federal Home Loan Mortgage Corporation, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument, and that such individual made such appearance before the undersigned, in Fairfax County, Virginia.

WITNESS my hand and official seal.

[SEAL]                              _____
My Commission Expires:              Name of Notary Public

[Notary seal: PRATIMA JAGERDEO, NOTARY PUBLIC, REG. #7526232, MY COMMISSION EXPIRES June 30, 2020, COMMONWEALTH OF VIRGINIA]

Loan No.: 501841342
M&O File No.: 7578.124
Loan Name: 430 East 162nd Street
Pool: SB-65

## SCHEDULE A
### LIST OF MORTGAGES ASSIGNED

1. Substitute Mortgage A in the original principal amount of $1,075,000.00 made by Kunba LLC to Signature Bank, dated as of February 7, 2019 and recorded February 25, 2019 as CRFN 2019000063492 in the Office of the Register of the City of New York, Borough and County of Bronx, State of New York;

   Which above mortgage 1 was assigned by Assignment of Mortgage made by Signature Bank to CPC Mortgage Company LLC, executed February 5, 2019, dated and effective as of February 7, 2019 and recorded February 25, 2019 as CRFN 2019000063495 in the Office of said Register;

2. Gap Multifamily Mortgage, Assignment of Rents and Security Agreement in the original principal amount of $675,000.00 made by Kunba LLC to CPC Mortgage Company LLC, dated as of February 7, 2019 and recorded February 25, 2019 as CRFN 2019000063496 in the Office of said Register; (Tax Paid: $18,900.00)

   Which above mortgages 1 and 2 were consolidated to form a single lien in the original principal amount of $1,750,000.00 and extended and modified by Consolidation, Extension and Modification Agreement made by and between Kunba LLC and CPC Mortgage Company LLC, dated as of February 7, 2019 and recorded February 25, 2019 as CRFN 2019000063497 in the Office of said Register; and

   Which above mortgages 1 and 2, as consolidated, extended and modified, were assigned by Assignment of Consolidated Security Instruments made by CPC Mortgage Company LLC to Federal Home Loan Mortgage Corporation, dated as of February 7, 2019 and recorded February 25, 2019 as CRFN 2019000063498 in the Office of said Register.

PRIOR HISTORY OF MORTGAGES
FOR INFORMATION ONLY:

A. First Mortgage, Spreader and Security Agreement in the original principal amount of $2,700,000.00 made by Double Salt LLC, 3rd Avenue Heights LLC and Kunba LLC to Signature Bank, dated as of November 15, 2013 and recorded January 6, 2014 as CRFN 2014000004114 in the Office of the Register of the City of New York, Borough and County of the Bronx, State of New York;

   Which above mortgage A was severed and split by that certain Note and Mortgage Severance and Splitter Agreement made by and between Double Salt LLC, 3rd Avenue Heights LLC, Kunba LLC and Signature Bank, dated as of February 7, 2019 and recorded February 25, 2019 as CRFN 2019000063491 in the Office of said Register ("Agreement"); said Agreement severed and split the above mortgage into two separate and distinct liens in the amounts of:

Loan No.: 501841342
M&O File No.: 7578.124
Loan Name: 430 East 162nd Street
Pool: SB-65

(a) $1,075,000.00, encumbering the property known as 430 East 162nd Street, Bronx, New York (Block 2383, Lot 18) (Parcel I), which is evidenced by Substitute Mortgage A made by Kunba LLC to Signature Bank, dated as of February 7, 2019 and recorded February 25, 2019 as CRFN 2019000063492 in the Office of said Register; and

(b) $1,360,421.90, encumbering the properties known as 501 East 176th Street, Bronx, New York (Block 2924, Lot 1), 1170-1174 Shakespeare Avenue, Bronx, New York (Block 2506, Lot 5), and 1285 Shakespeare Avenue, Bronx, New York (Block 2519, Lot 26) (collectively, Parcel II), which is evidenced by Substitute Mortgage B made by Double Salt LLC and 3rd Avenue Heights LLC to Signature Bank, dated as of February 7, 2019 and recorded February 25, 2019 as CRFN 2019000063493 in the Office of said Register.

Loan No.: 501841342
M&O File No.: 7578.124
Loan Name: 430 East 162nd Street
Pool: SB-65

## EXHIBIT A
LEGAL DESCRIPTION

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Bronx, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of 162nd Street, distant 264.45 feet westerly at the corner formed by the intersection of the southerly side of 162nd Street with the westerly side of Elton Avenue;

RUNNING THENCE southerly at right angles to said southerly side of 162nd Street, 100 feet;

THENCE westerly parallel with the southerly side of 162nd Street, 25 feet;

THENCE northerly and again at right angles to the southerly side of 162nd Street and part of the distance through a party wall, 100 feet to the southerly side of 162nd Street;

THENCE easterly to said southerly side of 162nd Street, 25 feet to the point or place of BEGINNING.

SAID premises being known as 430 East 162nd Street, Bronx, New York.

Loan No.: 501841342
M&O File No.: 7578.124
Loan Name: 430 East 162nd Street
Pool: SB-65

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019082700959002001E1BAA |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**　　　PAGE 1 OF 3

| | |
|---|---|
| **Document ID:** 2019082700959002 | Document Date: 08-07-2019　　Preparation Date: 08-27-2019 |
| **Document Type:** UCC3 ASSIGNMENT | FIXTURE FILING |
| **Document Page Count:** 1 | |

| PRESENTER: | RETURN TO: |
|---|---|
| MCCOY & ORTA, P.C.<br>100 N. BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM | MCCOY & ORTA, PC<br>100 N. BROADWAY, 26TH FLOOR<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 2383 | 18 | Entire Lot | 430 EAST 162 STREET |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA

**CRFN:** 2019000076023

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| KUNBA LLC<br>36 WEST 37TH STREET<br>NEW YORK, NY 10018 | FEDERAL HOME LOAN MORTGAGE CORPORATION<br>8200 JONES BRANCH DRIVE<br>MCLEAN, VA 22102 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 20.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed　　08-29-2019 09:33
City Register File No.(CRFN):
**2019000277127**

*Annette M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2019082700959002001C192A |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 3 |
|---|---|---|
| **Document ID:** 2019082700959002<br>Document Type: UCC3 ASSIGNMENT | Document Date: 08-07-2019 | Preparation Date: 08-27-2019 |

**PARTIES**
**NEW SECURED PARTY:**
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Nick Barzellone 405-236-0003

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

McCoy & Orta, P.C.
100 North Broadway, 26th Floor
Oklahoma City, OK 73102

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
# 2019000076023 filed 3/7/19

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ☑

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**
KUNBA LLC, having an address at 36 West 37th Street, New York, NY 10018

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE*

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1100 North Market Street | Wilmington | DE | 19890 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☒ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

* FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB65

Block 2383, Lot 18, Borough of Bronx
Property Address: 430 East 162nd Street, Bronx, NY

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
FEDERAL HOME LOAN MORTGAGE CORPORATION

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
M&O Ref.: 7578.124 430 East 162nd Street (Loan No. 501841342) FILE WITH BRONX COUNTY, NY

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)