**EXHIBIT J - Clerk's Certificate of Default**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB65,<br><br>Plaintiff,<br><br>v.<br><br>Kunba, LLC, Robert Khomari, The New York City Department of Housing Preservation and Development, County Oil Company, Inc. and John Doe No. I through John Doe No. XXX, inclusive, the last thirty names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,<br><br>Defendants. | Case No. 25-CV-01696 (DLC)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, Tammi M. Hellwig, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 27, 2025 with the filing of a summons and complaint, a copy of the summons and complaint were served on Defendant County Oil Company, Inc. on March 11, 2025, by personally serving Colleen Banahan, Authorized Agent of the Office of the Secretary of State, and proof of service was therefore filed on March 18, 2025, Doc No. 16.  I further certify that the docket entries indicate that the Defendant County Oil Company, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant County Oil Company, Inc. is hereby noted.

Dated: New York, New York
      ___April 4_____, 2025

                                          Tammi M. Helwig
                                          Clerk of Court

                       By: *K. Mango*
                                          Deputy Clerk