**EXHIBIT K - County Oil's Lien**

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2020021100360001001E75BC |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE     PAGE 1 OF 4

**Document ID:** 2020021100360001   **Document Date:** 02-11-2020   **Preparation Date:** 02-11-2020
**Document Type:** INITIAL UCC1                                          FIXTURE FILING
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| DSP PROFESSIONAL UCC SERVICES, LLC<br>P. O. BOX 46863<br>PHILADELPHIA, PA 19160<br>DSPPROUCC@AOL.COM | DSP PROFESSIONAL UCC SERVICES, LLC<br>P. O. BOX 46863<br>PHILADELPHIA, PA 19160<br>DSPPROUCC@AOL.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 2383 | 18 Partial Lot | | 430 EAST 162ND STREET |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year_____ Reel____ Page_____ or File Number_____

### PARTIES

| DEBTOR:<br>KUNBA LLC<br>36 WEST 37TH STREET, 2ND FLOOR<br>NEW YORK, NY 10018 | SECURED PARTY:<br>COUNTY OIL COMPANY, INC.<br>65 SOUTH 11TH STREET, SUITE 1E<br>BROOKLYN, NY 11249 |
|---|---|

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 20.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed     02-11-2020 13:37
City Register File No.(CRFN):
**2020000054709**

*Annette M Hill*
*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2020021100360001001C773C |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 4 |
|---|---|

**Document ID:** 2020021100360001  Document Date: 02-11-2020   Preparation Date: 02-11-2020
Document Type: INITIAL UCC1

**PARTIES**

**DEBTOR:**
EVAN ROBERTS
36 WEST 37TH STREET, 2ND FLOOR
NEW YORK, NY 10018

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DSP PROFESSIONAL UCC SERVICES, LLC
P. O. BOX 46863
PHILADELPHIA, PA 19160

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME: KUNBA LLC
1c. MAILING ADDRESS: 36 WEST 37TH STREET, 2ND FLOOR
CITY: NEW YORK
STATE: NY
POSTAL CODE: 10018
COUNTRY: USA
1e. TYPE OF ORGANIZATION: Limited Liability Co.
1f. JURISDICTION OF ORGANIZATION: NY
1g. ORGANIZATIONAL ID #: ☒ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

2b. INDIVIDUAL'S LAST NAME: ROBERTS
FIRST NAME: EVAN
2c. MAILING ADDRESS: 36 WEST 37TH STREET, 2ND FLOOR
CITY: NEW YORK
STATE: NY
POSTAL CODE: 10018
COUNTRY: USA

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: COUNTY OIL COMPANY, INC.
3c. MAILING ADDRESS: 65 SOUTH 11TH STREET, SUITE 1E
CITY: BROOKLYN
STATE: NY
POSTAL CODE: 11249
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

ALL FIXTURES, EQUIPMENT, MACHINERY, INVENTORY AND ITEMS OF PERSONAL PROPERTY NOW OWNED OR HEREIN AFTER ATTACHED THAT ARE USEFUL IN CONNECTION WITH THE OPERATION OF THE REAL ESTATE DESCRIBED IN THIS FILING. ALL DEBTOR(S) RIGHTS IN CONTRACTS THAT AFFECT THE PROPERTY.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR   CONSIGNEE/CONSIGNOR   BAILEE/BAILOR   SELLER/BUYER   AG. LIEN   NON-UCC FILING
6. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   All Debtors   Debtor 1   Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY – UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT
  9a. ORGANIZATION'S NAME: **KUNBA LLC**
  OR
  9b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (11a or 11b) – do not abbreviate or combine names
  11a. ORGANIZATION'S NAME
  OR
  11b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX
  11c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY
  11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME – insert only one name (12a or 12b)
  12a. ORGANIZATION'S NAME
  OR
  12b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX
  12c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:

| | |
|---|---|
| COUNTY: | BRONX |
| BLOCK: | 2383 |
| LOT: | 18 |
| PREMISES: | 430 EAST 162ND STREET |
| CITY, STATE: | BRONX, NY |
| ZIP CODE: | 10451 |

**PROPERTY TYPE: APARTMENT BUILDING**

15. Name and Address of a RECORD OWNER of above-described real estate (If Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.
  Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
  ☐ Debtor is a TRANSMITTING UTILITY
  ☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years
  ☐ Filed in connection with a Public-Finance Transaction – effective 30 years

**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)