UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB65,<br><br>Plaintiff,<br><br>v.<br><br>Kunba, LLC, Robert Khomari, The New York City Department of Housing Preservation and Development, County Oil Company, Inc. and John Doe No. I through John Doe No. XXX, inclusive, the last thirty names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,<br><br>Defendants. | Case No. 25-CV-01696 (DLC) |

### [PROPOSED] ORDER GRANTING
### DEFAULT JUDGMENT AND AMENDING THE CAPTION

Upon the Summons and Complaint filed herein, and proof that Defendant County Oil Company, Inc. has been duly served with the Summons and Verified Complaint, and upon the affidavit of service previously filed, from all of which it appears that Defendant County Oil Company, Inc. has not answered or moved with respect to the Complaint, although the time for them to do so has expired and has not been extended by Court Order or otherwise; and proof that a Clerk's Certificate of Default has been entered against County Oil Company, Inc., ~~so Defendant is not entitled to notice hereof (Dkt. 27);~~ and that County Oil Company, Inc. is not an infant, incompetent or absentee; and that since the filing of the Notice of Pendency, the Complaint herein has not been amended so as to make new parties to the action or so as to embrace real property other than that described in the Complaint or so as to extend Plaintiff's claim against the mortgaged premises;

**AND** upon the Declaration of Carter J. Wallace, Esq, an associate of the firm of Polsinelli PC, attorneys for Plaintiff, showing what proceedings have heretofore been had herein, and setting forth the requisite facts entitling Plaintiff to the within relief; and upon all prior proceedings, and all the papers filed herein;

NOW, on motion of Polsinelli PC, attorneys for Plaintiff, it is

**ORDERED**, that a default judgment against County Oil Company, Inc. be granted as to the foreclosure claim described in the Complaint; and it is further

**ORDERED**, that the caption of this action be amended by striking therefrom the Defendants herein as "John Doe No. I" through "John Doe No. XXX", all without prejudice to the proceedings heretofore had herein; and it is further ORDERED, that the caption of this action as amended, shall read as follows:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB65, <br><br> Plaintiff, <br><br> v. <br><br> Kunba, LLC, Robert Khomari, The New York City Department of Housing Preservation and Development, County Oil Company, Inc., <br><br> Defendants. | Case No. 25-CV-01696 (DLC) |

Dated: May 24, 2025

ENTER:

_____
HONORABLE DENISE L. COTE
United States District Court Judge

2