```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
WILMINGTON TRUST, NATIONAL           :        25cv1696(DLC)
ASSOCIATION,                         :
                                     :            ORDER
                     Plaintiff,      :
                                     :
          -v-                        :
                                     :
KUNBA, LLC, et al.,                  :
                                     :
                     Defendants.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

An Opinion of July 9, 2025 denied defendants Kunba, LLC and Robert Khomari's motion to dismiss the complaint. Accordingly, it is hereby

ORDERED that a conference regarding the conduct of further proceedings in this case shall be held on **July 23, 2025** at **10:30 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          July 9, 2025

                              _____
                                    DENISE COTE
                         United States District Judge