

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MURIEL GOODE-TRUFANT
*Corporation Counsel*

JOY T. ANAKHU
*Senior Counsel*
Phone: (212) 356-2048
Fax: (212) 356-3509
Janakhu@law.nyc.gov

July 23, 2025

**BY ECF**
Honorable Denis L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Denied. The conference will proceed without Ms. Anakhu. [signed] Denise Cote 7/23/25]*

Re: Wilmington Trust, National Association v. Kunba, LLC et al, et al., 25-Cv-01696 (DLC)

Your Honor:

I am Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the defendant herein, the New York City Department of Housing Preservation and Development (hereinafter, the "City").

I respectfully request an adjournment of the initial conference scheduled for 10:30 a.m. this morning, as I am currently feeling sick and unable to attend. This is the first request for an adjournment of the initial conference. I have reached out to the other parties to gather their position on this request, but I have not yet received a response.

I sincerely apologize for the late notice. I had hoped to feel well enough to attend, but unfortunately, I am unable to do so at this time. I apologize for any inconvenience this may cause the Court or the parties and will make myself available for any rescheduled conference at the Court's convenience.

Thank you for your understanding and consideration.

Respectfully Submitted,

Joy Anakhu
Senior Counsel

cc: All Parties via ECF