```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WILMINGTON TRUST, NATIONAL            :
ASSOCIATION,                          :     25cv1696 (DLC)
                                      :
                         Plaintiff,   :     ORDER
                                      :
              -v-                     :
                                      :
KUNBA, LLC, et al.,                   :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

A pretrial order is due on October 10, 2025. On October 1, the parties notified the Court that they will execute a settlement agreement by October 3. It is hereby

ORDERED that the parties shall promptly advise the Court whether a final agreement of settlement has been executed such that this action may be dismissed.

Dated:   New York, New York
         October 6, 2025

                                   _____
                                            DENISE COTE
                                   United States District Judge