```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILMINGTON TRUST, NATIONAL               :
ASSOCIATION,                             :         25cv1696 (DLC)
                                         :
                       Plaintiff,        :         ORDER
                                         :
             -v-                         :
                                         :
KUNBA, LLC, et al.,                      :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of October 6, 2025, instructed the parties to promptly advise the Court whether a final agreement of settlement has been executed such that this action may be dismissed. Having received no notice from the parties, it is hereby

ORDERED that the pretrial order remains due **October 10, 2025**. If a pretrial order is not timely filed, the case shall be dismissed for failure to prosecute.

Dated:   New York, New York
         October 8, 2025

                               _____
                                       DENISE COTE
                               United States District Judge