# POLSINELLI

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 803-9918

October 8, 2025

Carter J. Wallace
212-803-9914
cwallace@polsinelli.com

*The October 10 deadline for the Pretrial Rulings is firm. Should the plaintiff advise the Court on or before October 10 that a final agreement of settlement has been executed, this action will be dismissed as settled. /s/ Denise Cote 10/8/25*

**Via CM/ECF**
Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

Re:   Wilmington Trust, National Association, as Trustee for the Registered
      Holders of Wells Fargo Commercial Mortgage Securities, Inc.,
      Multifamily Mortgage Pass-Through Certificates, Series 2019-SB65 v.
      Kunba, LLC, et al.
      Case No. 1:25-cv-01696 (DLC)
      Letter Motion Requesting Abeyance to Accommodate Settlement

Judge Cote,

Polsinelli represents Plaintiff Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB65 ("**Lender**") in the above-referenced action. I submit this letter motion on behalf of all parties to this case, and with the express joinder of Defendants Kunba, LLC and Robert Khomari (collectively, the "**Borrower Defendants**," together with Lender, the "**Parties**") via their counsel Justin Pane, Esq. On or about July 23, 2025, the Court entered a Pretrial Scheduling Order (ECF No. 63) (the "**Pretrial Order**"). The Pretrial Order set various deadlines in this litigation.

On October 1, 2025, Lender filed a Stipulation of Settlement (ECF No. 71), stipulating that the Parties had agreed to settle this action pursuant to the terms of a confidential settlement and release agreement (the "**SRA**") which was to be negotiated, drafted and fully executed by the Parties not later than October 3, 2025, and which was to provide, among other provisions, that (a) Borrower Defendants deliver to Lender by wire transfer by 2:00 PM EST on November 1, 2025, the sum of $1,450,000.00 (the "**Settlement Payment**") in full satisfaction of the amounts due and owing under the Loan Documents (as defined in the Complaint); and (2) that in the event Borrower Defendants fail to remit the Settlement Payment within the agreed upon time frame, Lender shall

Atlanta | Boston | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Kansas City | Los Angeles | Miami | Nashville | New York | Park City | Philadelphia | Phoenix | Raleigh
Salt Lake City | San Diego | San Francisco | Seattle | St. Louis | Washington, D.C. | Wilmington

polsinelli.com

106375521.3



The Honorable Denise L. Cote
October 8, 2025
Page 2

be entitled to the immediate entry of a consent judgment of foreclosure and sale in an amount equal to the entire outstanding balance of the Loan as of November 1, 2025 (the "**Consent Judgment**").

The Parties are pleased to report that since filing the Stipulation of Settlement, the Parties have agreed on a final version of the contemplated SRA and a final version of the Consent Judgment. Lender has executed the SRA and has provided the executed signature page of the SRA to Borrower Defendants. Borrower Defendants' counsel has assured Lender that he has provided the signature pages of the SRA and Consent Judgment to his clients for execution, but Lender has yet to receive executed versions of the same. Counsel for Borrower Defendants has advised that this delay is due to the recent Jewish Holidays. However, Lender expects to receive the fully executed versions from Borrower Defendants by tomorrow, October 9, 2025.

Therefore, the Parties believe there are no circumstances under which the case will need to proceed to trial. Either the Loan will be paid off, or Lender will file the Consent Judgment. As such, the Parties respectfully request that the Court hold this action in abeyance, including the scheduled October 10, 2025 deadline for the Joint Pretrial Order and the October 23, 2025 trial date, until November 3, 2025, pending the anticipated payment of the Settlement Payment to Lender. Should this proposal be agreeable to the Court, Lender can respectfully provide an update via letter to the Court by the close of business on November 3, 2025, as to (a) whether the Settlement Payment was made; and (b) whether Lender will be filing the Consent Judgment. Should the Settlement Payment have been made by Borrower Defendants, Lender will file a voluntary dismissal of this action within five (5) days of Lender's receipt of the Settlement Payment.

As this Court is aware, an Order of Default Judgment was previously entered against defendant County Oil Company, Inc. on May 29, 2025 (ECF No. 50). Following receipt of the fully executed SRA and Consent Judgment from Borrower Defendants, Lender will file a Stipulation of Dismissal previously entered into between The New York City Department of Housing Preservation and Development ("**HPD**") and Lender.

This is the Parties first request for an abeyance of this action, and is not being sought for the purposes of unnecessary delay, but only to accommodate the Parties' settlement.

All parties to this action consent to, and join in the request for, the relief sought in this letter-motion.

The parties greatly appreciate the Court's consideration and accommodation of their request for an abeyance.

Respectfully submitted,

106375521.3



The Honorable Denise L. Cote
October 8, 2025
Page 3

*/s/ Carter J. Wallace*
Carter J. Wallace

cc: **Via CM/ECF**
All parties of record

106375521.3

## Exhibit A

### Schedule of Deadlines

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Joint Pretrial Order (and related filings) | 10/10/2025 | N/A |
| Trial Date | 10/23/2025 | N/A |

Atlanta | Boston | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Kansas City | Los Angeles | Miami | Nashville | New York | Park City | Philadelphia | Phoenix | Raleigh
Salt Lake City | San Diego | San Francisco | Seattle | St. Louis | Washington, D.C. | Wilmington

polsinelli.com

106375521.3