UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
WILMINGTON TRUST, NATIONAL              :
ASSOCIATION,                            :           25cv1696 (DLC)
                                        :
                        Plaintiff,      :              ORDER
                                        :
            -v-                         :
                                        :
KUNBA, LLC, et al.,                     :
                                        :
                        Defendants.     :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

Having received the plaintiff's letter of October 10, 2025
informing the Court that the parties have executed a final
agreement of settlement, it is hereby

ORDERED that judgment is entered against Defendants Kunba,
LLC and Robert Khomari in favor of the plaintiff as specified by
the stipulation filed by the parties on October 1, 2025.  The
Clerk of Court is ordered to close the case.  The Court will
retain jurisdiction over the enforcement of the settlement
agreement.

Dated:    New York, New York
          October 10, 2025

                              _____
                                        DENISE COTE
                              United States District Judge