```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
WILMINGTON TRUST, NATIONAL              :
ASSOCIATION,                            :     25cv1696 (DLC)
                                        :
                    Plaintiff,          :     ORDER
                                        :
              -v-                       :
                                        :
KUNBA, LLC, et al.,                     :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 23, 2025, the parties submitted a proposed order to vacate the consent judgment and voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The consent judgment, which the parties apparently executed, was to be held in escrow by the Lender's counsel. Accordingly, it is hereby

ORDERED that the request to vacate the consent judgment is denied. The Court never issued the consent judgment, and it has not been submitted to the Court.

IT IS FURTHER ORDERED that the request to voluntarily dismiss this action is denied to the extent that request seeks to vacate the judgment entered on October 10, 2025.

Dated:   New York, New York
         October 23, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge